# **EXHIBIT 3**

Declaration of Daniel R. Warner in Support of Application for Entry of Default

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

## IN SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| RHONDIE VOORHEES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY DAVIS and JOHN DOE DAVIS, husband and wife,<br><br>Defendants. | NO. P1300CV202100396<br><br>**AFFIDAVIT/DECLARATION ON DEFAULT AND ENTRY OF DEFAULT** |

I, Daniel R. Warner, under the penalty of perjury, declare as follows:

1. I am the attorney for Plaintiff in this action and make this Declaration to show the fact and manner of compliance with the provisions of Rule 55, Ariz.R.Civ.P.

2. The following parties in this action, against whom a judgment for affirmative relief is sought, have failed to plead or otherwise defend against Plaintiff's Complaint within the time periods prescribed by and in compliance with the Arizona Rules of Civil Procedure: Defendant **AUDREY DAVIS.** A copy of the Affidavit of Service is attached hereto as **Exhibit 1**.

1

3.  To comply with the requirements of 50 U.S.C.A. § 520, I verify that, to the best of my knowledge, the above-named party is not in the military service, and is not an infant or incompetent.

4.  Since the service of a copy of Plaintiff's Complaint seeking affirmative relief herein upon the Defendant(s), the statutory time, exclusive of the day of service, within which the party may plead or otherwise defend, has passed.

WHEREFORE, I respectfully request that default be entered against Defendant **ADUREY DAVIS.**

RESPECTFULLY submitted this 8th day of July, 2021.

**RM WARNER, PLC**

By: /s/ Daniel R. Warner
Daniel R. Warner, Esq.
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**COPY** of the foregoing filed
this same date with the Clerk of the Court

**COPY** of the foregoing
Mailed this same date to:

Audrey Davis
1103 Overcliff Drive
Apex, NC 27502
*Defendant Pro Per*

/s/ Anne Griffith

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397