# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV-21-01551-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| RCC Partners LLC, | |
| Defendant. | |

After review of the docket, the Court notes that Plaintiff has not served Defendant. Accordingly,

**IT IS ORDERED** that Plaintiff serve Defendant with the summons and complaint and file with the Clerk of the Court proof thereof pursuant to Rule 4(*l*), or otherwise show good cause for the failure to timely serve by no later than **December 9, 2021**.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to comply with this Order, the Clerk of Court shall dismiss this action for Plaintiff's lack of service pursuant to Rule 4(m).

Dated this 12th day of November, 2021.

Douglas L. Rayes
United States District Judge