## DECLARATION OF RHONDIE VOORHEES

I, Rhondie Voorhees, declare as follows:

1. I am a Defendant named in the matter entitled *DAVIS v VOORHEES, et al*, United States District Court, District of Arizona, bearing Case No.3:21-cv-08249-DLR and I am authorized to make this declaration/verification.

2. I have read Rhondie Voorhees' Answer and Counterclaim - Demand for Jury Trial and I know the contents thereof and that the matters and things therein stated are true except those matters therein stated upon information and belief as I believe them to be true.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED December 6, 2021

*[signature]*
Rhondie Voorhees