# EXHIBIT 1

**Army ROTC**

- Legacy & Value
- Ways to Attend
- Scholarships
- Courses and Colleges
- Service Commitment
- Post-ROTC Careers
- Success Stories
- High School Students
- College Students
  - Four-Year College Scholarships
  - Three-Year Scholarship
  - Two-Year Scholarship
  - FAQ
- Enlisted Soldiers
- Parents & Advisors

HOME > ARMY ROTC > COLLEGE STUDENTS > FAQ

# ARMY ROTC



## ARMY ROTC: COLLEGE SCHOLARSHIP FAQ

**COLLEGE SCHOLARSHIPS: YOU HAVE QUESTIONS. WE HAVE ANSWERS**

**DECIDING TO ENROLL AND SCHOLARSHIPS**

- How does college ROTC work? Is enrolling in Army ROTC the same as joining the Army? Once a student starts taking ROTC courses, is he/she obligated to join the Army?
- What kinds of scholarships are available in Army ROTC? Are any of the scholarships retroactive?
- What is my Army service obligation to pay back any scholarship benefits or for enrollment in the ROTC Advanced Course?
- What good is Army ROTC for a career outside of the Army?
- Why should I choose Army ROTC over a different branch's ROTC?
- How do I learn more about the Army?

**ACADEMICS AND LIFESTYLE**

- Are all college majors compatible with Army ROTC?
- What are Army ROTC courses like? How will the class work help me? Will ROTC classes interfere with my other studies?
- How will being an Army ROTC Cadet affect my daily life? What is ROTC in college like? Do Cadets experience normal college life and activities?

**AFTER GRADUATION**

- What are the chances that I will be deployed to support the Global War on Terrorism?
- Can I go into the Army Reserve or National Guard after graduation instead of the regular Army?
- What is the typical career path for an Army Officer? What career fields are available?
- What kind of salary and benefits will I earn as a commissioned Army Officer?

**IS ENROLLING IN ARMY ROTC THE SAME AS JOINING THE ARMY? ONCE A STUDENT STARTS TAKING ROTC COURSES, IS HE/SHE OBLIGATED TO JOIN THE ARMY?**

Enrolling in Army ROTC is not, strictly speaking, joining the Army. You will not be sent to boot camp. However, the primary purpose of the Army ROTC program is to produce its Officers, so you must agree to serve as Officers in the Army after graduation in order to go through the entire program, or if you have received an ROTC scholarship. Enrolling in the ROTC Basic Course (the first two years of college) does NOT obligate you to serve unless you have also received a scholarship. For more details, see: Service Commitment.

back to top

**WHAT KINDS OF SCHOLARSHIPS ARE AVAILABLE IN ARMY ROTC? ARE ANY OF THE SCHOLARSHIPS RETROACTIVE?**

Army ROTC offers two-, three- and four-year scholarships, which pay full tuition and fees, include a separate allowance for books, and a monthly stipend of up to $5,000 a year. Army ROTC scholarships are not retroactive.

back to top

START LIVE CHAT 

 

SEARCH

GET IN TOUCH

**WHAT IS MY ARMY SERVICE OBLIGATION TO PAY BACK ANY SCHOLARSHIP BENEFITS OR FOR ENROLLMENT IN THE ROTC ADVANCED COURSE?**

Scholarship winners must serve for four years; non-scholarship Cadets who enroll in the ROTC Advanced Course must serve for three years. All who graduate and complete ROTC training are commissioned as Second Lieutenants in the U.S. Army. For more details, and answers to common questions, see: Service Commitment.

back to top

**WHAT GOOD IS ARMY ROTC FOR A CAREER OUTSIDE OF THE ARMY?**

Army ROTC is one of the only college programs that teaches leadership. This training is invaluable for any career that involves leading, managing and motivating people or fostering teamwork. Young Army Officers are typically responsible for hundreds of Soldiers and millions of dollars in equipment; this kind of management experience can be very attractive for post-Army employers. For more details, see: Legacy & Value.

back to top

**WHY SHOULD I CHOOSE ARMY ROTC OVER A DIFFERENT BRANCH'S ROTC?**

The Army offers a wider range of career opportunities, in more places around the world, than any other U.S. military branch.

back to top

**HOW DO I LEARN MORE ABOUT THE ARMY?**

Starting by exploring the Army experience from our Home Page is a great start.

back to top

**ARE ALL COLLEGE MAJORS COMPATIBLE WITH ARMY ROTC?**

Army ROTC Cadets are allowed to major in nearly all academic areas.

back to top

**WHAT ARE ARMY ROTC COURSES LIKE? HOW WILL THE CLASS WORK HELP ME? WILL ROTC CLASSES INTERFERE WITH HIS/HER OTHER STUDIES?**

Army ROTC classes normally involve one elective class and one lab per semester. Although the classes involve hands-on fieldwork as well as classroom work, they are standard college classes that fit into a normal academic schedule. These courses can help students with personal and academic decision making while giving them the tools to exercise leadership in college life, even before graduating and becoming Officers. For more details, see: Curriculum.

back to top

**HOW WILL BEING AN ARMY ROTC CADET AFFECT MY DAILY LIFE? WHAT IS ROTC IN COLLEGE LIKE? DO CADETS EXPERIENCE NORMAL COLLEGE LIFE AND ACTIVITIES?**

Army ROTC Cadets have the same lifestyles and academic schedules as any other college students. They join fraternities and sororities. They participate in varsity team and individual sports. They take part in community service projects. But there are two intensive Army ROTC courses that take place on Army Posts, usually during the summer:

- Leader's Training Course—This four-week summer course at Fort Knox, Kentucky is ONLY for students who enroll in Army ROTC without having taken the first two years of military science classes.
- Leader Development and Assessment Course—All Cadets who enter the Advanced Course must attend this five-week summer course at Fort Lewis, WA between their junior and senior years.

back to top

**WHAT ARE THE CHANCES THAT I WILL BE DEPLOYED TO SUPPORT THE GLOBAL WAR ON TERRORISM?**

It depends on the Army branch the Cadet chooses and the unit to which he/she is assigned. However, Army missions and challenges are always changing, so there's no way to know in advance which specialties and units will be needed where. All Soldiers in the Army or Army Reserve face the possibility of deployment at some point during their careers. But all Soldiers are fully trained and proficient in the tasks and drills of their units. And Officers are specifically trained to make the right decisions so that missions can be carried out safely and successfully.

back to top

**CAN I GO INTO THE ARMY RESERVE OR NATIONAL GUARD AFTER GRADUATION INSTEAD OF THE REGULAR ARMY?**

Yes. Selected Cadets may choose to serve part-time in the U.S. Army Reserve or Army National Guard while pursuing a civilian career. For more details, see: Active Duty & Army Reserve or the Army National Guard website.

back to top

**WHAT IS THE TYPICAL CAREER PATH FOR AN ARMY OFFICER? WHAT CAREER FIELDS ARE AVAILABLE?**

Army ROTC graduates are commissioned as U.S. Army Second Lieutenants. They then receive specialized training in one of 17 different Army branches. During their Army careers, they'll receive regular professional training as they advance through the ranks, and they'll have many opportunities for advanced leadership positions and post-graduate education.

 

SEARCH

GET IN TOUCH



START LIVE CHAT

**WHAT KIND OF SALARY AND BENEFITS WILL I EARN AS A COMMISSIONED ARMY OFFICER?**

Visit the Benefits section of this site for complete details and answers to common questions. Specifically, the Money sub-section provides details on pay for both Officers and Enlisted Soldiers.

back to top

## GET IN TOUCH.

Ready to take the next step? Reach out and we'll help you get there.









CHAT

CONTACT A RECRUITER

REQUEST INFORMATION

1-888-944-ARMY



CONTACT US

COMMUNITY & EVENTS

UTILITIES

ARMY ON THE WEB

1-888-944-ARMY (2769)

Site Map

Privacy & Security

Technical & Site Feedback

Date updated: 28 Apr 2020

START LIVE CHAT