# EXHIBIT 3

**From:** Davis, Audrey E. <DAVISA89@my.erau.edu>
**Sent:** Monday, February 15, 2021 11:32:31 PM
**To:** <AKSENFED@my.erau.edu>; <ALMEIDS1@my.erau.edu>; <ANCHOR@my.erau.edu>; <BABCOCM1@my.erau.edu>; <BASSJ11@my.erau.edu>; <BECKERT1@my.erau.edu>; <BIBIANM1@my.erau.edu>; <BILLINW1@my.erau.edu>; <BLOCKJ3@my.erau.edu>; <BLUMERG@my.erau.edu>; <BUCKJ11@my.erau.edu>; <BUTANIN@my.erau.edu>; <CALDERR6@my.erau.edu>; . <CAMPBA18@my.erau.edu>; <CARTES16@my.erau.edu>; <CUPPA@my.erau.edu>; <DEVRIEST@my.erau.edu>; <DEBOERD1@my.erau.edu>; <DEVERAL@my.erau.edu>; <DROZYNSE@my.erau.edu>; <DUQUETTJ@my.erau.edu>; <FELICIM1@my.erau.edu>; <FICHOUA@my.erau.edu>; <FINKSM@my.erau.edu>; <GALLOM3@my.erau.edu>; <GOODMAZ1@my.erau.edu>; <GOSWICKJ@my.erau.edu>; <GREENEC4@my.erau.edu>; <GRILLEYE@my.erau.edu>; <HORNERL@my.erau.edu>; <HUSEG@my.erau.edu>; <JOSEPS11@my.erau.edu>; <JUANA2@my.erau.edu>; <KERRD7@my.erau.edu>; <KIBREW@my.erau.edu>; <KITSUB@my.erau.edu>; <LAMOURJ1@my.erau.edu>; G. <LANGEMOH@my.erau.edu>; <LEWISR30@my.erau.edu>; <LINSINE@my.erau.edu>; <LORDJ3@my.erau.edu>; <MARTM122@my.erau.edu>; <MCHUGHS2@my.erau.edu>; <MCLARTJ1@my.erau.edu>; <MUZZYT@my.erau.edu>; <NELSONV1@my.erau.edu>; <NICOLIM@my.erau.edu>; <ORCUTTD@my.erau.edu>; <OSTHERM@my.erau.edu>; <PEELERG@my.erau.edu>; <PFANNERE@my.erau.edu>; <raymonc4@my.erau.edu>; <SALASA3@my.erau.edu>; <SANTALOA@my.erau.edu>; <SKARIC@my.erau.edu>; <SMITM212@my.erau.edu>; <SONGERD@my.erau.edu>; <TREATJ2@my.erau.edu>; <VARGHEJ4@my.erau.edu>; <WINSHIPT@my.erau.edu>; <WONGB4@my.erau.edu>; <WORRELLC@my.erau.edu>; <ZIMMERK3@my.erau.edu>; <PAVLINAJ@erau.edu>; <greta9a1@erau.edu>; <JONESP13@erau.edu>; <WANGK5@erau.edu>; <CHENGJ5@erau.edu>; <THUZARMI@my.erau.edu>; <YOUNGJ71@my.erau.edu>; <BLACKERJ@my.erau.edu>; <ARNOLA12@my.erau.edu>; <WAKNINJ@my.erau.edu>; <FREUDENJ@my.erau.edu>
**Subject:** Petition to have Dean of Students Rhondie Voorhees to Resign

Please check out this petition and share:

http://chng.it/XTmMyyCfct

### Sign the Petition

Dean of Students, Rhondie Voorhees to Resign

chng.it

Very Respectfully,

//Signed//

AUDREY E. DAVIS

ARMY ROTC CDT/SGT

3rd SQ Member


davisa89@my.erau.edu

C: 608-318-1214