# **EXHIBIT 2**

Application for Entry of Default

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
07/08/2021  9:58AM
BY: CBAGLEY
DEPUTY

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

### IN SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| RHONDIE VOORHEES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY DAVIS and JOHN DOE DAVIS, husband and wife,<br><br>Defendants. | NO. P1300CV202100396<br><br>**APPLICATION FOR ENTRY OF DEFAULT** |

Notice is hereby given that Plaintiff requests the entry of a default against Defendant **AUDREY DAVIS.**

In support of this Application, Plaintiff has filed with the Clerk of this Court an Affidavit of Default and Entry of Default.

Pursuant to RCP 55(a), Applicant has:

  X    Mailed a copy of this Application to the party claimed to be in default, whose last known address is 1103 Overcliff Drive, Apex, NC 27502.

\_\_\_   Courtesy copy mailed to counsel(s) known by the Plaintiff to represent in

1

this matter the party claimed to be in default.

___   Has not mailed a copy of this Application to the party claimed to be in default because Applicant does not know the Defendants' whereabouts and is uncertain whether Defendants are represented by Counsel in this matter.

**NOTE:** If the party claimed to be in default fails to file a responsive pleading or otherwise defend in this action within 10 days of the filing of this Application, the default judgment will be entered against that party.

RESPECTFULLY submitted this 8th day of July, 2021.

**RM WARNER, PLC**

By:   /s/ Daniel R. Warner
      Daniel R. Warner, Esq.
      8283 N. Hayden Road, Suite 229
      Scottsdale, Arizona 85258
      *Attorneys for Plaintiff*

**COPY** of the foregoing filed
this same date with the Clerk of the Court

**COPY** of the foregoing
Mailed this same date to:

Audrey Davis
1103 Overcliff Drive
Apex, NC 27502
*Defendant Pro Per*

/s/ Anne Griffith

2