# EXHIBIT 5

Plaintiff's Rule 7.1(f) Motion to Strike Defendant's "Motion to Deem Clerk's Default Void or in the Alternative, to Set It Aside"

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

## IN SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| RHONDIE VOORHEES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY DAVIS and JOHN DOE DAVIS, husband and wife,<br><br>Defendants. | NO. P1300CV202100396<br><br>**PLAINTIFF'S RULE 7.1(f) MOTION TO STRIKE DEFENDANT'S "MOTION TO DEEM CLERK'S DEFAULT VOID OR IN THE ALTERNATIVE, TO SET IT ASIDE"** |

Plaintiff, by and through counsel undersigned, respectfully requests that the Court enter an order striking Defendant's Motion To Deem Clerk's Default Void Or In The Alternative, To Set It Aside (the "Improper Motion"). The Improper Motion is premature and essentially prohibited by 50 U.S.C.A. § 3932(e). The Improper Motion is based on and seeks to use the protections afforded by 50 U.S.C. § 3931. However, pursuant § 3932(e), "[a] servicemember who applies for a stay under this section and is unsuccessful may not seek the protections afforded by section 3931 of this title." 50 U.S.C.A. § 3932(e).

Defendant has already sought a stay/continuance from this Court under § 3932 and

has been unsuccessful to date. Therefore, the Improper Motion is premature and should be stricken pursuant to Rule 7.1(f), which states that "a motion to strike may be filed only if it is expressly authorized by statute or other rule, or if it seeks to strike any part of a filing or submission on the ground that it is prohibited, or not authorized, by a specific statute, rule, or court order." Ariz. R. Civ. P. 7.1(f)(1).

If Defendant is successful on the motion she filed under § 3932 (which she shouldn't be), only then would Defendant be permitted to seek relief under § 3931. If that wasn't the case, the prohibition under § 3932(e) would be rendered completely pointless because defendants would simply file several motions at once or in a staggered manner like Defendant has done. Accordingly, the Improper Motion should be stricken.

RESPECTFULLY submitted this 8th day of October, 2021.

**RM WARNER, PLC**

By: /s/ Daniel R. Warner
Daniel R. Warner, Esq.
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**COPY** of the foregoing filed
this same date with the Clerk of the Court

**COPY** of the foregoing
emailed (per agreement) this same date to:

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Attorneys for Defendants

/s/ Anne E. Griffith

2