# EXHIBIT 6

Plaintiff's Rule 7.1(f) Motion to Strike
"Defendant Audrey Davis's Motion to Dismiss"

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

## IN SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| RHONDIE VOORHEES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY DAVIS and JOHN DOE DAVIS, husband and wife,<br><br>Defendants. | NO. P1300CV202100396<br><br>**PLAINTIFF'S RULE 7.1(f) MOTION TO STRIKE "DEFENDANT AUDREY DAVIS'S MOTION TO DISMISS"** |

Plaintiff, by and through counsel undersigned, respectfully requests that the Court enter an order striking Defendant's Motion To Dismiss (the "Motion").

As Defendant has acknowledged in other recent filings in this case, default has been entered against her.[1] *See* "Defendant's Motion To Deem Clerk's Default Void Or In The Alternative, To Set It Aside." Yet, even though default has been entered and has not been

---

[1] "The filing of the application for default constitutes the entry of default. A default is effective 10 days after the application for entry of default is filed." Ariz. R. Civ. P. 55(a)(4).

1

set aside, Defendant elected to file the Motion. The Motion is completely improper, ineffective and should be stricken.

RESPECTFULLY submitted this 8th day of October, 2021.

**RM WARNER, PLC**

By: /s/ Daniel R. Warner
Daniel R. Warner, Esq.
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**COPY** of the foregoing filed
this same date with the Clerk of the Court

**COPY** of the foregoing
emailed (per agreement) this same date to:

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Attorneys for Defendants

/s/ Anne E. Griffith

2