# EXHIBIT 1

## DECLARATION OF RHONDIE VOORHEES

I, Rhondie Voorhees, declare as follows:

1.  I am a Defendant/Counterclaimant named in the matter entitled *DAVIS v VOORHEES, et al,* United States District Court, District of Arizona, bearing Case No.3:21-cv-08249-PCT- DLR, and I am authorized to make this declaration.

2.  I have read Defendant Rhondie Voorhees' Response and Objection to Plaintiff's Motion for Rule 41(d) Costs and Stay of Proceedings on Counterclaim, and statements of fact made therein are true and correct to the best of my knowledge and belief based on my own personal knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED  01 / 10 / 2022    .

*Rhondie Voorhees*
_____
Rhondie Voorhees

Doc ID: 32ec4898b9705912d735fedb672b8484a7cd5b57