# EXHIBIT 3

| Attorney or Party without Attorney:<br>DANIEL R. WARNER (#026503)<br>RM WARNER PLC<br>8283 NORTH HAYDEN ROAD SUITE 229<br>SCOTTSDALE, AZ 85258<br>Telephone No: (480) 331-9397<br>Attorney For: Plaintiff | | | | For Court Use Only<br>ORIGINAL FILED THIS<br>DAY OF JUN 3 0 2021<br>DONNA McQUALITY<br>Clerk of Superior Court<br>By: M. MONTIEL<br>Deputy |
|---|---|---|---|---|
| | Ref. No. or File No.: VOORHEES V DAVIS - P1300CV202100396 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>Yavapai County Superior Court, State of Arizona | | | | |
| Plaintiff: RHONDIE VOORHEES, an Individual; ET AL<br>Defendant: AUDREY DAVIS and JOHN DOE DAVIS, husband and wife; ET AL. | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>P1300CV202100396 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; VERIFIED COMPLAINT AND APPLICATION FOR PERMANENT INJUNCTION; CERTIFICATE OF COMPULSORY ARBITRATION

3. a. Party served:    AUDREY DAVIS
   b. Person served:   AUDREY DAVIS

4. Address where the party was served:    1103 Overcliff Dr, Apex, NC 27502

5. I served the party:
   a. by personal service.    I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 07 2021 (2) at: 04:06 PM

Service: $189.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $199.00

I Declare under penalty of perjury under the laws of the State of NORTH CAROLINA that the foregoing is true and correct.

6. Person Executing:
   a. Brian Lee
   b. FIRST LEGAL
      3737 North 7th, Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

6/8/2021 (Date)     (Signature)

CERTIFICATE OF SERVICE

5758657 (10441039)