# EXHIBIT 5



**FILED**
DATE: <u>10/26/2021</u>
<u>5</u> O'Clock <u>P.M.</u>
Donna McQuality, CLERK
BY: <u>L. WILLIAMS</u>
Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| DIVISION: 2 | DONNA McQUALITY, CLERK |
| HON. JOHN D. NAPPER | By: L. WILLIAMS, Deputy Clerk |
| CASE NO. P1300CV202100396 | DATE: October 26, 2021 |

| TITLE: | COUNSEL: |
|---|---|
| RHONDIE VOORHEES, an individual, | *Daniel R. Warner,* RM Warner, PLC (e) |
| (Plaintiff) | (For Plaintiff) |
| vs. | |
| AUDREY DAVIS and JOHN DOE DAVIS, husband and wife, | *Marc J. Randazza,* Randazza Legal Group, PLLC 2764 Lake Sahara Drive, Suite 109 Las Vegas, NV 89117 |
| (Defendants) | (For Defendants) |

| HEARING ON: | NATURE OF PROCEEDINGS | COURT REPORTER |
|---|---|---|
| ORAL ARGUMENT | | LISA CHANEY |

**START TIME: <u>9:08 a.m.</u>**

APPEARANCES:   Daniel R. Warner, Counsel for the Plaintiff
Marc J. Randazza, Counsel for the Defendants
Rhondie Voorhees, Plaintiff
Audrey Davis, Defendant

This is the date and time set for an Oral Argument.

Counsel present argument.

**IT IS ORDERED:**
- **Setting** an Evidentiary Hearing on <u>**December 14, 2021 at 10:00 a.m.**</u> Counsel and parties may appear by Teams. Out of state, active-duty military personnel may appear by Teams. Any testifying witness shall appear in person.
- **Continuing** Oral Argument on <u>**December 14, 2021 at 10:00 a.m.**</u>

**END TIME: <u>10:19 a.m.</u>**

c:   John D. Napper – Division 2 (e)
Notice of Exhibit Deadline attached



## Clerk of Superior Court

Donna McQuality, Clerk
Kelly Gregorio, Chief Deputy

Camp Verde Superior Court
2840 N. Commonwealth Drive
Camp Verde, Arizona 86322
Phone (928) 567-7741
Fax (928) 567-7720

Yavapai County Courthouse
120 S. Cortez
Prescott, Arizona 86303
Phone (928) 771-3312
Fax (928) 771-3111

Juvenile Justice Center
1100 Prescott Lakes Parkway
Prescott, Arizona 86301
Phone (928) 771-3103
Fax (928) 777-7989

## NOTICE OF EXHIBIT DEADLINE

You are hereby notified that exhibits must be received by the Clerk no later than 5:00 p.m. on the deadline indicated in the attached minute entry/order. Failure to comply with the Court ordered deadline will result in the Clerk advising the Court of the submitting party's non-compliance. Sanctions may be imposed, up to and including preclusion of the exhibits. **In the event no deadline has been set, exhibits shall be submitted to the Clerk no later than 5 working days prior to any hearing at which exhibits are to be presented.**

Exhibits shall be submitted to the Clerk's office along with a formal list of exhibits. The list shall include a brief description of each exhibit and the following criteria shall be met:

- Unless otherwise ordered by the Judge, the Clerk no longer accepts items other than **paper (8.5"x11"), audio or video** for the purpose of marking. **Photographs will be accepted and marked by the Clerk for any other items.**

- In the event the Judge allows larger or unwieldy items, such as large poster boards, drugs, weapons or cash, they will be accepted by the Clerk on the day of the hearing; however, **a photograph of the item shall also be submitted to be marked along with the item.** The Clerk will be requesting release of the unwieldy items at the end of the hearing but will retain the photograph for purpose of appeal.

- Exhibits will be marked consecutively, *as they are received*. If your list refers to an exhibit and that exhibit is not provided at the time of marking, the Clerk will not reserve that number and the numbers of all subsequent exhibits will be marked with the next sequential numbers. Any additional exhibits will be marked at the time they are received. In addition, it is essential that counsel confer in an effort to avoid submitting duplicate exhibits.

- Each multiple page exhibit must be **securely fastened together by staple** or other means. Paper clips, binder clips, or rubber bands **will not** be accepted. Any Acco fasteners used must be long enough to fasten securely. You may also provide an *optional* single slip of colored paper with the exhibit number on it, which will serve as an exhibit divider.

To make arrangements for equipment to be used in the Courtroom at the time of a hearing, please contact the assigned Division in advance.

Thank you for your cooperation in this matter.

Please feel free to contact the following Clerks if you have any questions:

Verde Valley Exhibit Clerk @ (928) 567-7741
Prescott Exhibit Clerk @ (928) 771-3312
Juvenile Justice Center Clerk @ (928) 771-3103

Revised 05/24/2019
F:Clerks/Exhibits/Exhibit Forms/Notice of Deadline



# Yavapai County Superior Court

# Health & Safety Screening Guidelines

Effective June 1, 2020, the Yavapai County Superior Court will be practicing health and safety measures for those persons coming into the courthouses. Please note the following procedures that court staff will be following until further notice.

- Masks are optional for judicial officers, court staff, jurors and the public.
    - ◊ If you have not been fully vaccinated, we strongly encourage you to wear a mask.
    - ◊ Masks are available upon request.
- You will be asked the following questions prior to entering through the magnetometer:
    - ◊ *Have you tested positive or experienced any symptoms of COVID-19 in the last 10 days?*
    - ◊ *Have you had contact with someone who has tested positive for the COVID-19 virus in the last 14 days?*
        - *\* If you answer "yes" to any of these questions, you may be denied entry into the courthouse and told not to return until:*
            - *10 days have passed since the onset of symptoms, 24 hours have passed since fever resolved without use of medication, and other symptoms have improved;*
            - *Fourteen days have passed after close contact with someone with COVID-19 illness with no development of symptoms. A close contact defined as being within 6 feet of an infected person for a cumulative total of 15 minutes or more within a 24-hour period starting from 2 days before the infected person's illness (symptoms) onset or, for asymptomatic persons, 2 days prior to the positive test specimen collection from the infected person;*
            - *A medical diagnosis other than COVID-19 explains a symptom;*
            - *Negative COVID-19 test results no longer indicate COVID-19 infection under the CDC guidelines.*
            - *Visitor reports full vaccination and no COVID-19 symptoms; or*
            - *Visitor reports full recovery from COVID-19 within the last three months and no current COVID-19 symptoms.*

*You may request an exception by completing a form and submitting it to Court Administration for consideration.*

---

**SYMPTOMS OF COVID-19**
Fever over 100.4°F or body chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, diarrhea

---

Revised 5/25/2021