# EXHIBIT 6

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
11/18/2021  2:53PM
BY: CBAGLEY
DEPUTY

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiff*

## IN SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| RHONDIE VOORHEES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY DAVIS and JOHN DOE DAVIS, husband and wife,<br><br>Defendants. | NO. P1300CV202100396<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**(all parties)** |

Notice is hereby given that, Plaintiff, by and through counsel undersigned, pursuant to Ariz. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above-captioned matter without prejudice, with the parties to bear their own attorneys' fees and costs.

Defendant Audrey Davis has not filed an Answer or Motion for Summary Judgment.

Plaintiff reserves the right to reassert any and all claims and issues in the related proceeding filed by Defendant Audrey Davis in the United States District Court for the District of Arizona, case number 3:21-cv-08249.

1

RESPECTFULLY submitted this 18th day of November, 2021.

**RM WARNER, PLC**

By:   /s/ Daniel R. Warner
Daniel R. Warner, Esq.
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**COPY** of the foregoing filed
this same date with the Clerk of the Court

**COPY** of the foregoing
emailed (per agreement) this same date to:

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Attorneys for Defendants

/s/ Anne E. Griffith

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

2