# EXHIBIT 9

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI

FILED
Date: **December 14, 2021**
**5:00** o'clock **P.M.**
Donna McQuality, Clerk
By: R.Burns
Deputy

RHONDIE VOORHEES
    Plaintiff

vs

AUDREY DAVIS et al.
    Defendant

P1300CV __202100396__
V1300CV _____
Date __12/14/2021__
Division __2__
Hon. __John D. Napper__
[ ] **PRETRIAL** [Minute Entry]
[ ] **SCHEDULING** [Minute Entry]
[X] **STATUS CONFERENCE** [Minute Entry]
    ☐ Telephonic

START TIME: __10:00 a.m.__   END TIME: __10:02 a.m.__

[X] Plaintiff _____ appears ~~Pro Per, with /~~ by Counsel __Daniel R. Warner (TEAMS)__
[X] Defendant _____ appears ~~Pro Per, with /~~ by Counsel __Marc J. Randazza (TEAMS)__
[ ] Defendant _____ appears Pro Per, with / by Counsel _____
[ ] Defendant _____ appears Pro Per, with / by Counsel _____

STATUS **This is the time set for a Status Conference. The Court received a Motion to Dismiss without Prejudice filed by Counsel for Plaintiff. Counsel for Defendant did not file a Response and submitted a letter to the Court objecting to the dismissal.** _____

Trial [ ] confirmed [ ] set on _____, 20___, at _____ a.m., pretrial at _____ a.m., _____ days allotted.
[AE]

The jury will be selected in accordance with the Rules of Civil Procedure.
_____ jurors will be called to the box.   Each side is allowed _____ strikes
Eight person jury with_____ alternate(s); ____ of ____ may return a verdict or ____ of ____ may return a verdict.

PURSUANT TO ADMINISTRATIVE ORDER 2018-05, either party may make a written request to YavapaiJuryServices@courts.az.gov for a list of prospective juror names at least five (5) days prior to trial. Any lists provided must be returned to the Jury Commissioner's office at the conclusion of jury selection.

IT IS ORDERED [ ] setting   [ ] continuing   [ ] confirming the following deadlines or hearings:
COMPLETION OF DISCOVERY/DISCLOSURE _____ days prior to trial
DEADLINE FOR ALL MOTIONS *IN LIMINE* _____ days prior to trial
DEADLINE FOR ALL DISPOSITIVE MOTIONS _____ days prior to trial
JOINT PRETRIAL STATEMENT (including any deposition testimony issues): [ ] waived [ ] due _____ days prior to trial
EXCHANGE EXHIBITS OR COPIES THEREOF and Furnish All Exhibits to Clerk with an Index _____ days prior to trial
**WARNING: Failure to submit exhibits to the Clerk by the ordered deadline will result in a monetary sanction of not less than $100 and/or preclusion of exhibits not timely submitted.**
REQUESTED JURY INSTRUCTIONS both by written and electronic format (CD) _____ judicial days prior to trial
REQUESTED VOIR DIRE TO COURT _____ judicial days prior to trial
ANY TRIAL MEMORANDA (OPTIONAL) _____ judicial days prior to trial
ANY SPECIAL COURTROOM EQUIPMENT NEEDS _____ judicial days prior to trial
[ ] REFERRING this matter to Court Administration for reassignment for purposes of the settlement conference only.
[ ] Settlement [ ] Status [ ] Scheduling Conference on _____, 20___, at _____.m., in Div. ____
[ ] ORAL ARGUMENT ON ALL PRETRIAL MOTIONS _____, 20___, at _____.m.
[ ] PRETRIAL CONFERENCE _____, 20___, at _____.m.   [ ] shall be set by separate notice.
[X] **IT IS ORDERED *dismissing* the Complaint without prejudice (no timely response having been filed).**

**THEREAFTER (OFF THE RECORD) all pending Motions are hereby deemed *moot*.**

Court Clerk __R.Burns__
[X] Pltnf/Atty. RM Warner, PLC (e)   [ ]Deft/Atty. _____
[X] Deft/Atty. Randazza Legal Group, PLLC, 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117   Court Reporter __FTR Gold__
[X] Other __Dispo Clerk (e)__   [ ] Notice of Exhibit Deadline provided
[X] Div. __2 (e)__   [ ] Court Admin. _____ w/ file   TOTAL __1__

PRETRIAL

CONF.SCHED.STATUS Rev.5/18/2018