Marc J. Randazza (AZ Bar No. 027861)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Audrey Davis,<br><br>          Plaintiff /<br>          Counterclaim-Defendant,<br><br>     v.<br><br>Rhondie Voorhees,<br><br>          Defendant /<br>          Counterclaim-Plaintiff,<br><br>     and,<br><br>ERAU College Board of Trustees; ERAU; and Tyler Smith,<br><br>          Defendants. | Case No. 3:21-cv-08249-DLR<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S REPLIES IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM AND MOTION FOR RULE 41(d) COSTS AND STAY OF PROCEEDINGS ON COUNTERCLAIM**<br><br>**(First Request)** |

Plaintiff Audrey Davis and Defendant Rhondie Voorhees, by and through their attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Ms. Davis may file her replies in support of her motion to dismiss Defendant Rhondie Voorhees's Counterclaim and her motion for Rule 41(d) costs and stay of proceedings on the counterclaim from January 18, 2022, to January 25, 2022. This is the first request for an extension of time to file replies in support of these motions.

There is good cause to extend Ms. Davis's time to file her replies because her lead counsel, Attorney Marc Randazza, is currently ill and has been home for several days, preventing him from effectively working on the replies. The parties agree that granting Ms. Davis an extension until January 25, 2022 will allow her counsel sufficient time to prepare the replies.

/s/ Daniel R. Warner
Daniel R. Warner, Esq.
RM Warner, PLC
8283 N. Hayden Road
Suite 229
Scottsdale, Arizona 85258

Attorneys for Defendant Rhondie Voorhees

/s/ Marc J. Randazza
Marc J. Randazza
Randazza Legal Group, PLLC
2764 Lake Sahara Drive
Suite 109
Las Vegas, Nevada 89117

Attorneys for Plaintiff Audrey Davis

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Case No. 3:21-cv-08249-DLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of January 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Randazza Legal Group, PLLC