UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis,<br><br>        Plaintiff /<br>        Counterclaim-Defendant,<br><br>    v.<br><br>Rhondie Voorhees,<br><br>        Defendant /<br>        Counterclaim-Plaintiff,<br><br>    and,<br><br>ERAU College Board of Trustees; ERAU; and Tyler Smith,<br><br>        Defendants. | Case No. 3:21-cv-08249-DLR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM AND MOTION FOR RULE 41(d) COSTS AND STAY OF PROCEEDINGS ON COUNTERCLAIM** |

Upon consideration of Plaintiff Audrey Davis and Defendant Rhondie Voorhees's stipulation to extend time for Plaintiff to file reply briefs in support of her motion to dismiss Defendant Rhondie Voorhees's Counterclaim and her motion for Rule 41(d) costs and stay of proceedings on the counterclaim for a period of one week from January 18, 2022, to January 25, 2022, the Court finds good cause to grant the stipulation and proposed order.

Accordingly,

IT IS ORDERED that Plaintiff Audrey Davis's Reply in Support of her motion to dismiss Defendant Rhondie Voorhees's Counterclaim and her motion for Rule 41(d) costs and stay of proceedings on the counterclaim is due January 25, 2022.

IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
HON. DOUGLAS L. RAYES
United States District Judge