**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Defendant/Counterclaimant,*
  *Rhondie Voorhees*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>Rhondie Voorhees, personally and as Dean of Students at Embry-Riddle Aeronautical University; The Embry-Riddle Aeronautical University Board Of Trustees; Embry-Riddle Aeronautical University; and Tyler Smith, an individual,<br><br>                    Defendants.<br><br>Rhondie Voorhees, an individual<br><br>                    Counterclaimant,<br><br>v.<br><br>Audrey Davis, an individual,<br><br>                    Counterdefendant. | NO. 3:21-cv-08249-PCT-DLR<br><br>**NOTICE OF SERVICE OF DEFENDANT/COUNTERCLAIMANT RHONDIE VOORHEES'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF** |

1

1  Notice is hereby given that on February 25, 2022, Defendant/Counterclaimant
2  Rhondie Voorhees, by and through undersigned counsel, served
3  Defendants/Counterclaimant Rhondie Voorhees's First Set of Requests for Production of
4  Documents and Things to Plaintiff by first class mail and email, sent to counsel of record for
5  Plaintiff with copies to counsel for co-Defendants.

RESPECTFULLY SUBMITTED this 25th day of February, 2022.

**RM WARNER, PLC**

By: /s/ Daniel R. Warner, Esq
Daniel R. Warner, Esq.
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
*Attorneys for Defendant/Counterclaimant,*
  *Rhondie Voorhees*

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the submission date referenced above, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel R. Warner
Daniel R. Warner

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397