1  Marc J. Randazza (AZ Bar No. 027861)
   RANDAZZA LEGAL GROUP, PLLC
2  2764 Lake Sahara Drive, Suite 109
3  Las Vegas, NV 89117
   Telephone: 702-420-2001
4  ecf@randazza.com

5  Attorneys for Plaintiff Audrey Davis

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Rhondie Voorhees, in her personal capacity and as Dean of Embry-Riddle Aeronautical University; the Embry-Riddle Aeronautical University Board of Trustees; Embry-Riddle Aeronautical University; and Tyler Smith, an individual,<br><br>    Defendants. | Case No. 3:21-cv-08249-DLR<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT TYLER SMITH** |

Plaintiff Audrey Davis and Defendants Rhondie Voorhees, the Embry-Riddle Aeronautical University Board of Trustees, Embry-Riddle Aeronautical University, and Tyler Smith hereby stipulate to dismiss all claims asserted in this action against Tyler Smith with prejudice, with Audrey Davis and Tyler Smith to bear their respective costs and fees as to one another.

Dated: April 19, 2022.

| | |
|---|---|
| /s/ Marc J. Randazza<br>Marc J. Randazza (AZ Bar No. 027861)<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br><br>Attorneys for Plaintiff<br>Audrey Davis | /s/ Jeffrey D. Gautreaux<br>Mark W. Drutz (AZ Bar No. 006772)<br>Jeffrey D. Gautreaux (AZ Bar No. 028104)<br>MUSGROVE DRUTZ KACK & FLACK, PC<br>1135 W. Iron Springs Road<br>P.O. Box 2720<br>Prescott, AZ 86302<br><br>Attorneys for Defendant<br>Tyler Smith |
| /s/ Joshua Woodard<br>Joshua Woodard (AZ Bar No. 015592)<br>Audrey E. Chastain (AZ Bar No. 015592)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004<br><br>Attorneys for Defendants<br>Embry-Riddle Aeronautical University Board of Trustees and Embry-Riddle Aeronautical University | /s/ Daniel R. Warner<br>Daniel R. Warner (AZ Bar No. 026503)<br>Raeesabbas Mohamed (AZ Bar No. 027418)<br>RM WARNER, PLC<br>8283 N. Hayden Road, Suite 229<br>Scottsdale, AZ 85258<br><br>Attorneys for Defendant<br>Rhondie Voorhees |

Case No. 3:21-cv-08249-DLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of April 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Randazza Legal Group, PLLC