Marc J. Randazza (AZ Bar No. 027861)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual, | Case No. 3:21-cv-08249-DLR |
| Plaintiff / Counterclaim-Defendant | |
| v. | **STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT THE EMBRY-RIDDLE AERONAUTICAL UNIVERSITY BOARD OF TRUSTEES** |
| Rhondie Voorhees, in her personal capacity and as Dean of Embry-Riddle Aeronautical University, | |
| Defendant / Counterclaim-Plaintiff, | |
| and, | |
| the Embry-Riddle Aeronautical University Board of Trustees and Embry-Riddle Aeronautical University, | |
| Defendants. | |

Plaintiff Audrey Davis and Defendants Rhondie Voorhees, the Embry-Riddle Aeronautical University Board of Trustees, and Embry-Riddle Aeronautical University

hereby stipulate to dismiss all claims asserted in this action against the Embry-Riddle Aeronautical University Board of Trustees without prejudice, with Audrey Davis and the Embry-Riddle Aeronautical University Board of Trustees to bear their respective costs and fees as to one another.

Dated: April 26, 2022.

/s/ Marc J. Randazza
Marc J. Randazza (AZ Bar No. 027861)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

| /s/ Joshua Woodard | /s/ Daniel R. Warner |
|---|---|
| Joshua Woodard (AZ Bar No. 015592) | Daniel R. Warner (AZ Bar No. 026503) |
| Audrey E. Chastain (AZ Bar No. 033998) | Raeesabbas Mohamed (AZ Bar No. 027418) |
| SNELL & WILMER L.L.P. | RM WARNER, PLC |
| One Arizona Center | 8283 N. Hayden Road, Suite 229 |
| 400 E. Van Buren | Scottsdale, AZ 85258 |
| Phoenix, AZ 85004 | |
| | Attorneys for Defendant / |
| Attorneys for Defendants | Counterclaim-Plaintiff Rhondie Voorhees |
| Embry-Riddle Aeronautical University Board of Trustees and Embry-Riddle Aeronautical University | |

Case No. 3:21-cv-08249-DLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Randazza Legal Group, PLLC