# EXHIBIT 1

Petition, Change.org
Copied from online February 21, 2021, 8:36 PM

https://www.change.org/p/students-dean-of-students-rhondie-voorhees-to-resign?redirect=false

# Dean of Students, Rhondie Voorhees to Resign



## Petition Closed

This petition had 355 supporters

       Students: Dean of Students, Rhondie Voorhees to Resign
       Share on Facebook

- Send a Facebook message
- Send an email to friends
- Tweet to your followers
- Copy link

**Audrey Davis started this petition to Students and 1 other**

"1 other" =  Decision makers – Students, Staff

Dean of Students Rhondie Voorhees was asked to leave her last position at University of Montana for the culture she, and other staff members perpetuated regarding how the college system of justice handles rape. In the total of 80 rapes over the span of three years Dean Rhondie Voorhees oversaw, only one was convicted. I googled her name

and the word 'rape' and I was very disappointed at the articles that came up.(seen below)

I and most of my female friends at ERAU have been sexually assaulted or harassed. I reported it to the school and the investigation took over 150 days to come to a decision. There was not enough evidence to convict him. The following semester I was put in a class with my abuser. I'm sure you have heard the rumors or know people who have had the same experience as I or who haven't reported their assault because of our school's reputation with title IX. When I had a meeting with the Dean, I told her how it was very traumatic to see that I was put in a class with my abuser and suggested that there should be an early warning system put in place for both parties, so they don't have the possibility of showing up to class and being forced to interact. She said that would take a lot of work, and never got back to me. She represents a culture of letting abusers get a free pass. (see Jon Krakauer's book Missoula; Rape and the Justice System in a college town).

This behavior needs to stop being covered up and coddled.

Let me remind you of our reality- ERAU Title IX does not:

- o Work with the Local Police department
- o Have an outreach system
- o Give out accessible resources (yes there are therapists locally that offer free treatment to survivors)
- o Report any incident publicly unless conviction was proven
- o Give students the "know your rights" Title IX pamphlet that was created by Title IX to help students understand the Title IX process

I do not feel comfortable or safe with her being the staff representative for the student body. I want to do something about it, but I am only one person. So please, ask yourself- is this someone I want to represent myself and the people I care about?

Here are some links I found: (Obviously, I am biased on this topic so I would suggest doing your own research)

- o Jon Krakauer v the State of Montana- posing question: does FERPA allow schools to hide sexual assault? https://www.supremecourt.gov/DocketPDF/19/19-600/121020/20191031194940732_Krakaeur%20Petition%20E%20F ile%20Oct%2031%202019.pdf
- o Prescott ERAU safety report 2017-2019, pg 26/33- (lack of actual numbers) https://prescott.erau.edu/-/media/files/prescott/this-is-prescott/campus-safety/annual-security-and-fire-safety-report.pdf

- o Jon Krakauer's book (pdf)
  http://1.droppdf.com/files/zHU44/missoula-rape-and-the-justice-system-in-a-jon-krakauer.pdf
  Dean Rhondie made Trans student drop out, after coming out. Stating they violated the student conduct after an incident that occurred 6mo prior.
  https://billingsgazette.com/news/state-and-regional/montana/transgender-student-drops-out-alleges-discrimination-at-missoula-college/article_a57b17cd-4b32-5be1-8a61-3201439a137d.html
- o Dean Rhondie asked to leave UM
  https://missoulian.com/news/local/university-of-montana-dean-of-students-asked-to-leave/article_cbcd2362-f723-5c73-9e8f-e88a6835d705.html
- o UM Campus article describing incident after Dean Rhondie was asked to leave- "how a reported rape reveals the faults between Greek life and the social justice system"
  https://bloximages.newyork1.vip.townnews.com/montanakaimin.com/content/tncms/assets/v3/editorial/1/b3/1b303c46-372d-11ea-9528-375d2480a5a2/5e1e5bc533e93.pdf.pdf

## Updates

1.

**This petition will be deleted**

This petition will be deleted permanently

**Audrey Davis**

2 hours ago

2.5 days ago

 250 supporters

3.6 days ago