# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, | No. CV-21-08249-PCT-DLR |
| Plaintiff, | **AMENDED ORDER**[1] |
| v. | |
| Rhondie Voorhees, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion to Modify Scheduling Order (Doc. 63), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED. The Court's Scheduling Order (Doc. 43) is amended as follows:

- The deadline for completing fact discovery, including all disclosure required under Rule 26(a)(3), shall be **March 17, 2023**. All written discovery shall be served at least 45 days prior to the deadline.
- The deadline for Plaintiff to provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure shall be **April 28, 2023**.
- The deadline for Defendants to provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure shall be **June 16, 2023**.

---

[1] The Court's November 4, 2022 Order (Doc. 64) is amended to correct a typographical error in the fact discovery deadline.

- Expert depositions shall be completed no later than **July 14, 2023**.
- Dispositive motions and motions challenging expert opinion testimony shall be filed no later than **August 4, 2023**.
- The deadline for the parties to meet in person and engage in good faith settlement talks shall be **July 14, 2023**.

**IT IS FURTHER ORDERED** that the telephonic status conference set for April 20, 2023, is VACATED and RESET for **July 20, 2023, at 9:45 a.m**.

All remaining provisions of the Court's March 11, 2022 Scheduling Order (Doc. 43) remain in effect.

Dated this 9th day of November, 2022.

Douglas L. Rayes
United States District Judge