Joshua Woodard (Bar #015592)
jwoodard@swlaw.com
Audrey E. Chastain (Bar #033998)
achastain@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendants Embry-Riddle Aeronautical University, Inc. Board of Trustees and Embry-Riddle Aeronautical University, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>Rhondie Voorhees, in her personal capacity and as Dean of Embry-Riddle Aeronautical University; the Embry-Riddle Aeronautical University Board of Trustees; and Embry-Riddle Aeronautical University,<br><br>   Defendants.| No. 3:21-cv-08249-DLR<br><br>**NOTICE OF SERVICE OF EMBRY-RIDDLE DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF/ COUNTERDEFENDANT'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| Rhondie Voorhees, an individual,<br><br>   Counterclaimant,<br><br>v.<br><br>Audrey Davis, an individual,<br><br>   Counterdefendant. | |

Defendants Embry-Riddle Aeronautical University, Inc. Board of Trustees and Embry-Riddle Aeronautical University, Inc., by and through undersigned counsel, hereby give notice that they served their Responses and Objections to Plaintiff/Counterdefendant

Audrey Davis's Third Set of Requests for Production of Documents on all parties by e-mail on January 23, 2023.

DATED this 25th day of January, 2023.

SNELL & WILMER L.L.P.

By: *s/ Joshua Woodard*
Joshua Woodard
Audrey E. Chastain
One East Washington Street
Suite 2700
Phoenix, AZ  85004
*Attorneys for Defendant Embry-Riddle Aeronautical University, Inc. Board of Trustees and Embry-Riddle Aeronautical University, Inc.*

4853-7723-4252