Joshua Woodard (Bar #015592)
jwoodard@swlaw.com
Audrey E. Chastain (Bar #033998)
achastain@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendant Embry-Riddle Aeronautical University, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Rhondie Voorhees, in her personal capacity and as Dean of Embry-Riddle Aeronautical University; and Embry-Riddle Aeronautical University,<br><br>　　　　Defendants.<br><br>Rhondie Voorhees, an individual,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>Audrey Davis, an individual,<br><br>　　　　Counterdefendant. | No. 3:21-cv-08249-DLR<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

Pursuant to Fed. R. Civ. P. 26(c), the Defendants hereby submit this stipulation and jointly request that the Court enter a protective order in accordance with the terms and conditions of the Stipulated Protective Order submitted herewith. Counsel for Defendants repeatedly requested Plaintiff's input on this stipulation and the proposed Stipulated Protective Order, over a period of nearly eight months, but received no response. As such,

this stipulation is entered into by and between Defendant/Counterclaimant Rhondie Voorhees and Defendant Embry-Riddle Aeronautical University, Inc. only.

At this time, the Defendants do not intend for any documents to be filed with the Court under seal; however, if the parties determine that filing under seal is necessary, the parties will move the Court for an Order to file a document under seal, with a motion that complies with LRCiv 5.6(b) and Fed. R. Civ. P. 26(c).

This stipulation and request for approval is not brought for any improper purpose but instead to govern the use and disclosure of documents and deposition testimony in this action. There are documents and materials which will be exchanged in this lawsuit that contain confidential personnel and/or employee and student information, information regarding a sensitive, alleged sexual assault incident involving two students and the investigation of that alleged incident, and other confidential and/or proprietary business information of Embry-Riddle Aeronautical University, Inc. that could harm the parties or the parties' personnel and/or employees and students if they were made public. The Defendants agree and believe that some of the confidential documents, materials, and information are relevant to the claims or defenses in this matter and therefore would be subject to production, but at the same time, the Defendants believe that the disclosing party's interests in the confidential information may require protection from public disclosure. *See, e.g.*, *Blotzer v. L-3 Commc'ns Corp.*, 287 F.R.D. 507, 509 (D. Ariz. 2012) ("Personnel files may contain confidential information that is both private and irrelevant to the case, therefore special care must be taken before personnel files are turned over to an adverse party."). Accordingly, there is good cause for the Court to enter a Protective Order.

For the foregoing reasons, the Defendants respectfully request that the Court enter the Stipulated Protective Order lodged concurrently with this Stipulation.

DATED this 26th day of January, 2023.

| RM WARNER, PLC | SNELL & WILMER L.L.P. |
|---|---|
| By: *s/ Daniel R. Warner*<br>    Daniel R. Warner<br>    Raeesabbas Mohamed<br>    8283 N. Hayden Road, Suite 229<br>    Scottsdale, Arizona 85258<br>    *Attorneys for Defendant/*<br>    *Counterclaimant Rhondie Voorhees* | By: *s/ Joshua Woodard*<br>    Joshua Woodard<br>    Audrey E. Chastain<br>    One East Washington Street<br>    Suite 2700<br>    Phoenix, AZ 85004<br>    *Attorneys for Defendant Embry-Riddle*<br>    *Aeronautical University, Inc.* |

4868-7691-7775

- 3 -