# **EXHIBIT 1**

Declaration of Marc J. Randazza

Marc J. Randazza (AZ Bar No. 027861)
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis,<br><br>     Plaintiff /<br>     Counterclaim-Defendant,<br><br>v.<br><br>Rhondie Voorhees,<br><br>     Defendant /<br>     Counterclaim-Plaintiff,<br><br>and,<br><br>ERAU,<br><br>     Defendant. | Case No. 3:21-cv-08249-DLR<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER [DOCS. 43 & 65]** |

I, Marc J. Randazza, hereby declare under penalty of perjury:

1. I am an attorney licensed in the States of Nevada, California, Arizona, Massachusetts, and Florida.

2. I am the managing partner of Randazza Legal Group, PLLC ("RLG"), and I am counsel of record for Plaintiff / Counterclaim-Defendant Audrey Davis in this matter.

3. I submit this declaration in support of Ms. Davis's Reply in Support of her Motion to Modify Scheduling Order.

4. The most recent discovery requests and subpoenas to Defendant Rhondie Voorhees and the University of Montana bear directly on issues central to Voorhees's counterclaim, including the extent to which Voorhees was involved in Title IX matters at the University of Montana, the reputation she had for involvement in Title IX matters there, and the particulars of her involvement in the case of Jame Wallack at the University of Montana, which underlie one of the statements that Voorhees claims is defamatory.

5. Ms. Davis declined to stipulate to a protective order in this case not because of any dilatory motive, but rather because she does not feel one is necessary or warranted. She has nothing to hide, and Defendants never articulated any basis for needing one.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February, 2023.

/s/ Marc J. Randazza
Marc J. Randazza