Joshua Woodard (Bar #015592)
jwoodard@swlaw.com
Audrey E. Chastain (Bar #033998)
achastain@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ  85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendant Embry-Riddle Aeronautical University, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Rhondie Voorhees, in her personal capacity and as Dean of Embry-Riddle Aeronautical University; and Embry-Riddle Aeronautical University,<br><br>        Defendants. | No. 3:21-cv-08249-DLR<br><br>**STIPULATION TO DISMISS COUNT IV WITH PREJUDICE** |
| Rhondie Voorhees, an individual,<br><br>        Counterclaimant,<br><br>    v.<br><br>Audrey Davis, an individual,<br><br>        Counterdefendant. | |

Plaintiff Audrey Davis and Defendant Embry-Riddle Aeronautical University, Inc. ("ERAU") hereby stipulate to dismiss Count IV of the First Amended Complaint [Doc. 49] with prejudice, with Plaintiff and ERAU to each bear their own costs and attorneys' fees.

DATED this 17th day of February, 2023.

RANDAZZA LEGAL GROUP, PLLC           SNELL & WILMER L.L.P.

By: *s/ Marc J. Randazza (w/ permission)*      By: *s/ Joshua Woodard*
   Marc J. Randazza                              Joshua Woodard
   2764 Lake Sahara Drive, Suite 109             Audrey E. Chastain
   Las Vegas, NV 89117                           One East Washington Street
   *Attorneys for Plaintiff/Counterdefendant*    Suite 2700
                                                 Phoenix, AZ 85004
                                                 *Attorneys for Defendant Embry-Riddle*
                                                 *Aeronautical University, Inc.*

C. A. GOLDBERG, PLLC

By: *s/ Adam Massey (w/ permission)*
   Carrie Goldberg
   Adam Massey
   16 Court St.
   Brooklyn, NY 11241
   *Attorneys for Plaintiff/*
   *Counterdefendant (Admitted Pro Hac*
   *Vice)*

4865-0795-2721.1