**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: dan@rmwarnerlaw.com
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Defendant/Counterclaimant,*
  *Rhondie Voorhees*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual, | NO. 3:21-cv-08249-PCT-DLR |
| Plaintiff, | |
| v. | |
| Rhondie Voorhees, personally and as Dean of Students at Embry-Riddle Aeronautical University; The Embry-Riddle Aeronautical University Board Of Trustees; Embry-Riddle Aeronautical University; and Tyler Smith, an individual, | **RHONDIE VOORHEES'S NOTICE OF NO OBJECTION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER (DOC 92)** |
| Defendants. | |
| Rhondie Voorhees, an individual | |
| Counterclaimant, | |
| v. | |
| Audrey Davis, an individual, | |
| Counterdefendant. | |

1

Defendant/Counterclaimant Rhondie Voorhees, by and through undersigned counsel, hereby gives notice that she takes no position at this time on the issues set forth in Plaintiff's Motion to Modify the Scheduling Order (Doc 92).

RESPECTFULLY SUBMITTED this 9th day of June, 2023.

**RM WARNER, PLC**

By: /s/ Daniel R. Warner, Esq
Daniel R. Warner, Esq.
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
*Attorneys for Defendant/Counterclaimant,
    Rhondie Voorhees*

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on the submission date referenced above, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel R. Warner
Daniel R. Warner

3