| | |
|---|---|
| Joshua Woodard (Bar #015592)<br>jwoodard@swlaw.com<br>Audrey E. Chastain (Bar #033998)<br>achastain@swlaw.com<br>SNELL & WILMER L.L.P.<br>One East Washington Street<br>Suite 2700<br>Phoenix, AZ  85004<br>Telephone: (602) 382-6000<br>Facsimile: (602) 382-6070<br><br>*Attorneys for Defendant Embry-Riddle Aeronautical University, Inc.* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Rhondie Voorhees, in her personal capacity and as Dean of Embry-Riddle Aeronautical University; and Embry-Riddle Aeronautical University,<br><br>        Defendants.<br><br>Rhondie Voorhees, an individual,<br><br>        Counterclaimant,<br><br>    v.<br><br>Audrey Davis, an individual,<br><br>        Counterdefendant. | No. 3:21-cv-08249-DLR<br><br>**NOTICE OF SERVICE OF DEFENDANT EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.'S DISCOVERY RESPONSES** |

Defendant Embry-Riddle Aeronautical University, Inc., by and through undersigned counsel, hereby gives notice that it served its Responses and Objections to Plaintiff/Counterdefendant Audrey Davis's Second Set of Interrogatories and Sixth Set of Requests for Production of Documents on Plaintiff/Counterdefendant Audrey Davis and Defendant/Counterclaimant Rhondie Voorhees by e-mail on July 25, 2023.

DATED this 25th day of July, 2023.

                          SNELL & WILMER L.L.P.

By: *s/ Joshua Woodard*
     Joshua Woodard
     Audrey E. Chastain
     One East Washington Street
     Suite 2700
     Phoenix, AZ  85004
     *Attorneys for Defendant Embry-Riddle Aeronautical University, Inc.*

4854-6386-3922

- 2 -