Marc J. Randazza (AZ Bar No. 027861)
Alex J. Shepard (*pro hac vice*)
Jenny L. Foley, Ph.D. (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4974 South Rainbow Boulevard, Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Carrie Goldberg (*pro hac vice*)
Adam Massey (*pro hac vice*)
CA GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Audrey Davis,<br><br>    Plaintiff /<br>    Counterclaim-Defendant,<br><br>v.<br><br>Rhondie Voorhees,<br><br>    Defendant /<br>    Counterclaim-Plaintiff,<br><br>    and,<br><br>Embry-Riddle Aeronautical University,<br><br>    Defendant. | Case No. 3:21-cv-08249-DLR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF LESS THAN ALL PARTIES** |

Plaintiff Audrey Davis ("Ms. Davis") and Defendant/Counterclaim Plaintiff Rhondie Voorhees ("Dr. Voorhees") (collectively, the "Parties") hereby stipulate as follows:

Over the course of the litigation, Ms. Davis discovered that Dr. Voorhees had been put in an untenable position as Dean of Students due to conflicts of interest created by Embry-Riddle Aeronautical University's ("ERAU") supervisory structure of Title IX, problems with Title IX at the Prescott Campus, and that Dr. Voorhees had no supervisory role or authority over Title IX at ERAU. Dr. Voorhees wishes to express support for Ms. Davis in her future pursuits and as she continues in this litigation.

Accordingly, the Parties no longer wish to pursue any claims against each other. Dr. Voorhees has agreed to dismiss, with prejudice, all claims she has made against Ms. Davis in this lawsuit, including, but not limited to, her Counterclaims for I) Defamation and Defamation Per Se, and II) False Light Invasion of Privacy. Ms. Davis agrees to dismiss, with prejudice, all claims she has made against Dr. Voorhees personally in this lawsuit, including, but not limited to, Count III of her Amended Complaint for Violation of the SCRA. The Parties have further agreed that each party shall bear their own costs and attorneys' fees.

Therefore, the Parties respectfully request that the Court enter the proposed order of dismissal submitted herewith.

Dated: September 12, 2023.

Respectfully submitted,

By: /s/ Marc J. Randazza
    Marc J. Randazza
    AZ Bar No. 027861
    Alex J. Shepard (*Pro Hac Vice*)
    Jenny L. Foley, Ph.D (*Pro Hac Vice*)
    RANDAZZA LEGAL GROUP, PLLC
    4974 S. Rainbow Blvd., Ste. 100
    Las Vegas, NV 89118

    Carrie Goldberg (*pro hac vice*)
    Adam Massey (*pro hac vice*)
    CA GOLDBERG, PLLC
    16 Court Street, 33rd Floor
    Brooklyn, NY 11241

*Attorneys for Plaintiff/Counterclaim-Defendant Audrey Davis*

By: /s/ Daniel R. Warner
    Daniel R. Warner
    AZ Bar No. 026503
    RM WARNER, PLC
    8283 N. Hayden Road, Suite 229
    Scottsdale, Arizona 85258

    James E. Ledbetter
    AZ Bar No. 012788
    Don Stevens
    AZ Bar No. 004265
    THE LEDBETTER LAW FIRM, P.L.C.
    1003 North Main Street
    Cottonwood, AZ 86326

*Attorneys for Defendant/Counterclaim-Plaintiff Rhondie Voorhees*

Case No. 3:21-cv-08249-DLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Randazza Legal Group, PLLC