**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Audrey Davis, | Case No. 3:21-cv-08249-DLR |
| Plaintiff / Counterclaim-Defendant, | |
| v. | **ORDER OF DISMISSAL** |
| Rhondie Voorhees, | **(less than all parties)** |
| Defendant / Counterclaim-Plaintiff, | |
| and, | |
| Embry-Riddle Aeronautical University, | |
| Defendant. | |

The Court, having reviewed the Stipulation filed by Plaintiff/counterdefendant Audrey David ("Ms. Davis") and Defendant/counterclaimant Rhondie Voorhees ("Dr. Voorhees"), and good cause appearing,

HEREBY ORDERS as follows:

///

1. The counterclaims filed by Dr. Voorhees against Ms. Davis in this matter are dismissed with prejudice;
2. The claims filed by Ms. Davis against Dr. Voorhees in her personal capacity in this matter are dismissed with prejudice; and
3. Each party shall bear their own costs and attorneys' fees.