# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis,<br><br>    Plaintiff,<br><br>v.<br><br>Rhondie Voorhees, et al.,<br><br>    Defendants. | No. CV-21-08249-PCT-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice of Less than All Parties (Doc. 120), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, the claims filed by Plaintiff against Defendant Dr. Voorhees in her personal capacity in this matter are dismissed with prejudice; the counterclaims filed by Defendant Dr. Voorhees against Plaintiff in this matter are dismissed with prejudice; and each party shall bear their own costs and attorneys' fees.

Dated this 12th day of September, 2023.

Douglas L. Rayes
United States District Judge