# DAVIS EXHIBIT 1

Declaration of Jenny L. Foley, Ph.D.

Marc J. Randazza (AZ Bar No. 027861)
Alex J. Shepard (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4974 South Rainbow Boulevard, Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Carrie Goldberg (pro hac vice)
CA GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Davis,<br><br>　　　　Plaintiff /<br>　　　　Counterclaim-Defendant,<br><br>　v.<br><br>Rhondie Voorhees,<br><br>　　　　Defendant /<br>　　　　Counterclaim-Plaintiff,<br><br>　and,<br><br>ERAU,<br><br>　　　　Defendant. | Case No. 3:21-cv-08249-DLR<br><br>**DECLARATION OF JENNY L. FOLEY, PH.D.** |

I, Jenny L. Foley, Ph.D., hereby declare under penalty of perjury:

1. I am an attorney licensed in the States of Nevada and California.

2. I was a former attorney at Randazza Legal Group, PLLC ("RLG"), and I previously was counsel of record for Plaintiff Audrey Davis in this matter.

3. I submit this declaration in support of the parties' Joint Statement of Dispute Regarding Reopening Discovery.

4. On July 11, 2023, I had a phone call with former Defendant Rhondie Voorhees's counsel, Dan Warner, to discuss the possibility of a settlement agreement between Davis and Voorhees. This was the beginning of discussions that ultimately resulted in a settlement agreement being executed on September 11, 2023.

5. While I was discussing settlement with Attorney Warner, I noticed Voorhees's deposition for July 27, 2023. I was primarily handling the case at the time, and so I planned to take the deposition.

6. At the time Voorhees's deposition was initially noticed, I had a surgery scheduled for October 19, 2023. However, I was informed the procedure could be moved up to July 13, 2023. The procedure was then unexpectedly scheduled for August 16, 2023 This had the effect of making it so that I was no longer available to conduct Voorhees's deposition on July 27.

7. Because of my unavailability, I had to reschedule Voorhees's deposition. In coming up with new proposed dates for the deposition, I felt it would be beneficial to reschedule it a week or two after the initial date so that Attorney Warner and I could address some issues with the wording of the settlement agreement.

8. While the specific dates I offered for rescheduling Voorhees's deposition were informed by the desire to revise the settlement agreement, I rescheduled it from July 27 solely because of this unexpected scheduling issue regarding my upcoming surgery.

9. An initial version of the settlement agreement was executed on August 8, 2023. However, very shortly thereafter, but before Dr. Voorhees deposition, Attorney Warner and I both felt that further revisions were necessary to the agreement, and so we continued to revise it after Voorhees's deposition on August 9, 2023.

10. These revisions resulted in the settlement agreement signed by all parties on September 11, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of December, 2023

/s/ Jenny L. Foley
Jenny L. Foley