Marc J. Randazza (AZ Bar No. 027861)
Alex J. Shepard (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4974 South Rainbow Boulevard, Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Carrie Goldberg (*pro hac vice*)
Ca Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241

Attorneys for Plaintiff /
Counterclaim-Defendant Audrey Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Audrey Davis,<br><br>　　　　Plaintiff /<br>　　　　Counterclaim-Defendant,<br><br>　v.<br><br>Rhondie Voorhees,<br><br>　　　　Defendant /<br>　　　　Counterclaim-Plaintiff,<br><br>　and,<br><br>ERAU,<br><br>　　　　Defendant. | Case No. 3:21-cv-08249-DLR<br><br>**STIPULATION FOR DISMISSAL** |

　　Pursuant to their settlement agreement, Plaintiff Audrey Davis and Defendant Embry-Riddle Aeronautical University ("ERAU") hereby stipulate to dismiss all claims

asserted in this action against ERAU with prejudice, with Davis and ERAU to bear their respective costs and fees as to one another.

Dated: May 29, 2024.

/s/ Alex J. Shepard
Marc J. Randazza (AZ Bar No. 027861)
Alex J. Shepard (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4974 South Rainbow Boulevard, Suite 100
Las Vegas, NV 89118

Carrie Goldberg (*pro hac vice*)
CA GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241

Attorneys for Plaintiff
Audrey Davis

/s/ Joshua Woodard
Joshua Woodard (AZ Bar No. 015592)
Audrey E. Chastain (AZ Bar No. 015592)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004

Attorneys for Defendant
Embry-Riddle Aeronautical University

Case No. 3:21-cv-08249-DLR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 29th day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Alex J. Shepard
Randazza Legal Group, PLLC